UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASHMAN EQUIPMENT CORPORATION )
    Plaintiff, )
  )
v. ) Civil Action No. 13-
  )
C.R.C. COMPANY, INC. )
    Defendant. )

## COMPLAINT

Plaintiff Cashman Equipment Corporation alleges:

## PARTIES

1. Plaintiff Cashman Equipment Corporation is a Massachusetts corporation with a principal place of business at 41 Brooks Drive, Braintree, Massachusetts 02184 ("CEC").

2. Defendant C.R.C. Company, Inc. is a Massachusetts corporation with a principal place of business at 77 Federal Avenue, Quincy, Massachusetts 02169 ("C.R.C.").

## BARGE BAREBOAT CHARTER

3. At all material times CEC was the owner of a vessel known as barge JMC 77.

4. Pursuant to a Barge Bareboat Charter agreement C.R.C. hired JMC 77 from on or about September 2, 2009 through on or about May 4, 2010 for $7,000 per month. *A copy of the BARGE BAREBOAT CHARTER is attached as Exhibit A.*

/

/

1

## JURISDICTION AND VENUE

5. This is an admiralty and maritime claim within the meaning of Fed. R. Civ. P. 9(h) and is within the admiralty and maritime jurisdiction of this Court pursuant to 28 U.S.C. § 1333(1) because it concerns a vessel charter.

6. Venue is proper in this Court contractually and pursuant to 28 U.S.C. § 1391(b)(3) because C.R.C. agreed to this forum in Barge Bareboat Charter ¶ 17.

## UNPAID CHARTER HIRE

7. C.R.C. has not paid any of the JMC 77 charter hire with a principal total amount due of $55,770.57.  The Barge Bareboat Charter at ¶ 3 also provides for interest at the rate of 1-1/2% per month on outstanding invoices or $33,146.34 as of today.  Thus, C.R.C. now owes CEC $88,916.91 with interest accruing at $27.50 per diem.  *A copy of a CEC summary table for C.R.C. COMPANY is attached as Exhibit B.*

8. In addition, the Barge Bareboat Charter at ¶ 15 provides that C.R.C. shall pay reasonable attorney's fees and costs incurred by CEC in pursuing legal action resulting from C.R.C.'s breach or default.

9. CEC has provided written notice and demand to C.R.C. who in writing has admitted owing CEC $37,766.57 (which does not estop CEC from recovering the full amounts sought in ¶¶ 7 and 8, *supra*).

## COUNT 1
## BREACH OF BARGE BAREBOAT CHARTER

10. C.R.C. breached its agreement under the Barge Bareboat Charter to pay $7,000 per month charter hire for JMC 77, among other breaches.

11. C.R.C is liable under the Barge Bareboat Charter to CEC for unpaid charter hire, pre-judgment interest, reasonable attorneys' fees, and costs.

WHEREFORE, plaintiff Cashman Equipment Corporation requests that the Court enter judgment against defendant C.R.C. Company, Inc. for unpaid charter hire, reasonable attorneys' fees, costs, other sums due under the Barge Bareboat Charter, pre-judgment interest, punitive damages, and such other and further relief as the Court deems just and proper.

### COUNT 2
### MARITIME TORT OF CONVERSION

12. CEC repeats its allegations in ¶¶ 1 – 11, *supra*.

13. C.R.C. committed the maritime tort of conversion by taking possession, custody, and control of JMC 77 and benefitting from its use without paying CEC any compensation for it.

14. C.R.C. is liable to CEC for all damages it suffered arising from C.R.C.'s conversion of JMC 77.

WHEREFORE, plaintiff Cashman Equipment Corporation requests that the Court enter judgment against defendant C.R.C. Company, Inc. for such foreseeable losses, including unpaid charter hire, reasonable attorneys' fees, costs, pre-judgment interest, punitive damages, and such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED May 10, 2013.

PLAINTIFF
Cashman Equipment Corporation
by

*/s/ David J. Farrell, Jr.*

David J. Farrell, Jr.
BBO #559847
2355 Main Street, P.O. Box 186
S. Chatham, MA  02659
(508) 432-2121
farrell@sealaw.org

Certificate of Service
I certify I will serve this Complaint
and a Summons on defendant.
    */s/ David J. Farrell, Jr.*